**ARNOLD & PORTER KAYE SCHOLER LLP**
MARIA CHEDID (No. 187396)
Maria.Chedid@arnoldporter.com
JOSEPH FARRIS (No. 263405)
Joseph.Farris@arnoldporter.com
HAFEEZ KHAN (No. 339702)
Hafeez.Khan@arnoldporter.com
BROOKE D'AMORE BRADLEY (No. 353030)
Brooke.DAmoreBradley@arnoldporter.com
ANTHONY E. LINDSEY II (No. 359582)
Anthony.Lindsey@arnoldporter.com
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111-4164
Telephone: 415-471-3100
Facsimile: 415-471-3400

PETER L. SCHMIDT (*pro hac vice* forthcoming)
Peter.Schmidt@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: 202-942-5000
Facsimile: 202-942-5999

Attorneys for Defendant ALPHA HOLDINGS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

IXL LEARNING, INC.,

Plaintiff,

v.

ALPHA HOLDINGS, INC., and DOES,

Defendants.

Case No. 3:26-CV-8273

**ALPHA HOLDINGS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Alpha Holdings, Inc discloses the following: Alpha Holdings, Inc is a wholly owned subsidiary of Kaxxa Holdings, Inc. No publicly traded company holds more than 10% of Alpha Holdings, Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: August 21, 2026

Respectfully Submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: *<u>/s/</u>* <u>Joseph Farris</u>
Joseph Farris
Maria Chedid
Peter L. Schmidt
Hafeez Khan
Brooke D'Amore Bradley
Anthony E. Lindsey II
*Counsel for Defendant Alpha Holdings, Inc.*