**ARNOLD & PORTER KAYE SCHOLER LLP**
MARIA CHEDID (No. 187396)
Maria.Chedid@arnoldporter.com
JOSEPH FARRIS (No. 263405)
Joseph.Farris@arnoldporter.com
HAFEEZ KHAN (No. 339702)
Hafeez.Khan@arnoldporter.com
BROOKE D'AMORE BRADLEY (No. 353030)
Brooke.DAmoreBradley@arnoldporter.com
ANTHONY E. LINDSEY II (No. 359582)
Anthony.Lindsey@arnoldporter.com
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111-4164
Telephone: 415-471-3100
Facsimile: 415-471-3400

PETER L. SCHMIDT (*pro hac vice* forthcoming)
Peter.Schmidt@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: 202-942-5000
Facsimile: 202-942-5999

*Attorneys for Defendant*
ALPHA HOLDINGS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

IXL LEARNING, INC.,

Plaintiff,

v.

ALPHA HOLDINGS, INC., and DOES,

Defendants.

Case No. 3:26-CV-8273

**JOINT STIPULATION AND ORDER SCHEDULING BRIEFING ON MOTION TO COMPEL ARBITRATION**

Complaint Filed: August 10, 2026

Pursuant to Civil Local Rule 7-12, Defendant Alpha Holdings, Inc. ("Alpha") and Plaintiff IXL Learning, Inc. ("IXL") (collectively, the "Parties"), by and through their respective counsel of record, hereby jointly stipulate and agree to continue the briefing dates and hearing of Alpha's Motion to Compel Arbitration and Stay Proceedings as follows:

WHEREAS, IXL filed the Complaint in the above-captioned matter on August 10, 2026;

WHEREAS, Alpha filed a Motion to Compel Arbitration and Stay Proceedings ("Alpha's Motion to Compel") on August 21, 2026;

WHEREAS, the hearing on Alpha's Motion to Compel is scheduled for October 1, 2026;

WHEREAS, counsel for IXL requested additional time to respond to the Motion to Compel and the Parties have agreed to a mutually-agreeable schedule for briefing that Motion to Compel and a hearing date, while deferring other deadlines and case activity until the resolution of that Motion to Compel;

WHEREAS, the Parties each will submit a consent to Magistrate Judge Jurisdiction under 28 U.S.C. § 636(c);

NOW, THEREFORE, IT IS STIPULATED AND AGREED THAT, subject to the approval of the Court, the below deadlines are now as follows:

| **Event** | **Date** |
|---|---|
| IXL's Opposition to Motion to Compel | September 18, 2026 |
| Alpha's Reply ISO Motion to Compel | October 2, 2026 |
| Hearing on Motion to Compel | October 15, 2026 |
| Alpha's Answer or Response to Complaint (to the extent the case is not compelled to arbitration or stayed) | 30 days after decision on Motion to Compel |

IT IS SO STIPULATED

Dated: August 28, 2026

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: *<u>/s/ Maria Chedid</u>*
Maria Chedid
Joseph Farris
Peter L. Schmidt
Hafeez Khan
Brooke D'Amore Bradley
Anthony E. Lindsey II

*Counsel for Defendant Alpha Holdings, Inc.*

Dated: August 28, 2026

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: *<u>/s/ Jacob M. Heath</u>*
Jacob M. Heath

*Counsel for Plaintiff IXL Learning, Inc.*

**<u>ECF ATTESTATION</u>**

I, Joseph Farris, hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: August 28, 2026

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: *<u>/s/ Joseph Farris</u>*
Joseph Farris

**ORDER**

Having considered the Parties' Stipulation, and good cause appearing, the Court hereby GRANTS the Parties' stipulation. It is HEREBY ORDERED THAT the below deadlines are now as follows:

| **Event** | **Date** |
|---|---|
| IXL's Opposition to Motion to Compel | September 18, 2026 |
| Alpha's Reply ISO Motion to Compel | October 2, 2026 |
| Hearing on Motion to Compel | October 15, 2026 |
| Alpha's Answer or Response to Complaint (to the extent the case is not compelled to arbitration or stayed) | 30 days after decision on Motion to Compel |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:_August 31, 2026_______

Honorable Thomas S. Hixson