| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| JACOB M. HEATH (SBN 238959)<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>1000 MARSH RD<br>MENLO PARK , CA 94025<br>Telephone No: (650) 614-7400 | | |
| Attorney For: Plaintiff IXL LEARNING, INC. | Ref. No. or File No.: 36223-7 | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: IXL LEARNING, INC.<br>Defendant: ALPHA HOLDINGS, INC. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: 3:26-cv-8273 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; DISCLOSURE STATEMENT [FED. R. CIV. P. 7.1] AND CERTIFICATION OF INTERESTED ENTITES OR PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; STANDING ORDER FOR MAGISTRATE JUDGE THOMAS S. HIXSON

3. *a. Party served:* ALPHA HOLDINGS, INC.
   *b. Person served:* Kenny Huynh, authorized to accept service for Capitol Corporate Services Inc, Registered Agent for Service of Process. Asian American , Male , Age: 30s , Hair: Brown , Height: 5'10" , Weight: 165

4. *Address where the party was served:* 1501 South Mopac Expressway Suite 220, Austin, TX 78746

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 13 2026 (2) at: 01:00 PM

6. ***Person Who Served Papers:***
   a. Kelly Murski (PSC-5912)
   b. FIRST LEGAL
   1939 HARRISON STREET, SUITE 818
   OAKLAND, CA 94612
   c. (415) 626-3111
   d. ***The Fee** for Service was:* 382.20

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

08/14/2026 Kelly Murski

(Date) (Signature)