**ARNOLD & PORTER KAYE SCHOLER LLP**
MARIA CHEDID (No. 187396)
Maria.Chedid@arnoldporter.com
JOSEPH FARRIS (No. 263405)
Joseph.Farris@arnoldporter.com
HAFEEZ KHAN (No. 339702)
Hafeez.Khan@arnoldporter.com
BROOKE D'AMORE BRADLEY (No. 353030)
Brooke.DAmoreBradley@arnoldporter.com
ANTHONY E. LINDSEY II (No. 359582)
Anthony.Lindsey@arnoldporter.com
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111-4164
Telephone: 415-471-3100
Facsimile: 415-471-3400

PETER L. SCHMIDT (*pro hac vice* forthcoming)
Peter.Schmidt@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: 202-942-5000
Facsimile: 202-942-5999

*Attorneys for Defendant*
ALPHA HOLDINGS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

IXL LEARNING, INC.,

Plaintiff,

v.

ALPHA HOLDINGS, INC., and DOES,

Defendants.

Case No. 3:26-CV-8273

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER SCHEDULING BRIEFING ON MOTION TO COMPEL ARBITRATION**

Complaint Filed: August 10, 2026

Pursuant to Civil Local Rule 7-12, Defendant Alpha Holdings, Inc. ("Alpha") and Plaintiff IXL Learning, Inc. ("IXL") (collectively, the "Parties"), by and through their respective counsel of record, hereby jointly stipulate and agree to continue the deadline for Alpha to Answer or otherwise respond to IXL's Amended Complaint and to set briefing dates and hearing for Alpha's forthcoming renewed Motion to Compel Arbitration and Stay Proceedings as follows:

WHEREAS, IXL filed the Complaint in the above-captioned matter on August 10, 2026;

WHEREAS, Alpha filed a Motion to Compel Arbitration and Stay Proceedings (Dkt. 7) ("Alpha's Motion to Compel") on August 21, 2026;

WHEREAS, on August 28, 2026, the Parties submitted a joint stipulation agreeing to a briefing schedule on Alpha's Motion to Compel and to deferring all other deadlines and case activity until after Alpha's Motion to Compel was resolved;

WHEREAS, Magistrate Judge Hixson granted the Parties' joint stipulation on August 31, 2026;

WHEREAS, on September 3, 2026, IXL filed an Amended Complaint;

WHEREAS, Alpha intends to file a renewed Motion to Compel Arbitration and Stay Proceedings regarding the Amended Complaint ("Alpha's Renewed Motion to Compel");

WHEREAS, due to changes in the Amended Complaint, the Parties agree that Alpha's original Motion to Compel should be deemed withdrawn, so that the parties may focus the briefing on Alpha's Renewed Motion to Compel on the claims asserted in the Amended Complaint;

WHEREAS, the Parties have agreed to a mutually-agreeable schedule for briefing Alpha's Renewed Motion to Compel and a hearing date, while deferring other deadlines and case activity until the resolution of that Motion to Compel;

WHEREAS, the Parties have agreed that the proposed briefing schedule on Alpha's Renewed Motion to Compel and hearing date should be maintained even if this case is reassigned to Magistrate Judge Hixson pursuant to the Parties' stipulation filed September 3, 2026 (Dkt. 17);

NOW, THEREFORE, IT IS STIPULATED AND AGREED THAT, subject to the approval of the Court, the below deadlines are now as follows:

| **Event** | **Date** |
|---|---|
| Alpha's Renewed Motion to Compel | October 8, 2026 |
| IXL's Opposition to Renewed Motion to Compel | October 29, 2026 |
| Alpha's Reply ISO Motion to Compel | November 12, 2026 |
| Hearing on Motion to Compel | December 3, 2026 |
| Alpha's Answer or Response to Complaint (to the extent the case is not compelled to arbitration or stayed) | 30 days after decision on Alpha's Renewed Motion to Compel |

IT IS SO STIPULATED

Dated: September 16, 2026

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Joseph Farris
Joseph Farris
Maria Chedid
Peter L. Schmidt
Hafeez Khan
Brooke D'Amore Bradley
Anthony E. Lindsey II

*Counsel for Defendant Alpha Holdings, Inc.*

Dated: September 16, 2026

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/ Sarah Davis
Sarah Davis
Jacob M. Heath

*Counsel for Plaintiff IXL Learning, Inc.*

**ECF ATTESTATION**

I, Joseph Farris, hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: September 16, 2026

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: *<u>/s/ Joseph Farris</u>*
Joseph Farris

# ~~[PROPOSED]~~ ORDER

Having considered the Parties' Stipulation, and good cause appearing, the Court hereby GRANTS the Parties' stipulation. It is HEREBY ORDERED THAT Alpha's Motion to Compel (Dkt. 7) is deemed withdrawn and the existing briefing schedule is vacated. The below deadlines now apply:

| **Event** | **Date** |
| --- | --- |
| Alpha's Renewed Motion to Compel | October 8, 2026 |
| IXL's Opposition to Renewed Motion to Compel | October 29, 2026 |
| Alpha's Reply ISO Motion to Compel | November 12, 2026 |
| Hearing on Motion to Compel | December 3, 2026 |
| Alpha's Answer or Response to Complaint (to the extent the case is not compelled to arbitration or stayed) | 30 days after decision on Alpha's Renewed Motion to Compel |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: September 25, 2026___

Honorable Thomas S. Hixson